UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD., <br><br>                    Plaintiffs, <br><br>            -vs- <br><br> STANISLAWSKI MARKETING VENTURES, LLC, D/B/A BECK & CALL, <br><br>                    Defendant. | 7:11-CV-355 (GLS/GHL) <br><br> NOTICE OF DISMISSAL |

**PLEASE TAKE NOTICE** that Plaintiffs Car-Freshner Corporation and Julius Sämann Ltd. hereby dismiss this action as against Defendant Stanislawski Marketing Ventures, LLC, D/B/A Beck & Call, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 5, 2011

MACKENZIE HUGHES LLP

By: /s/ Nancy L. Pontius
    Nancy L. Pontius, Esq. (102379)

101 South Salina Street, Suite 600
P.O. Box 4967
Syracuse, NY 13221-4967
Tel. (315) 233-8281
Fax. (315) 246-8358
npontius@mackenziehughes.com

*Attorneys for Plaintiffs Car-Freshner Corporation and Julius Sämann Ltd.*

SO ORDERED:

_/s/ Gary L. Sharpe_
U.S. District Judge
Date: May 10, 2011